IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HICA EDUCATION LOAN CORP.,

    Plaintiff,                                      CIV. NO. S- 11-2257 MCE GGH

    vs.

MICHAEL J. JOYCE,

    Defendant.                                  ORDER

_____/

        Plaintiff's motion for default judgment presently is calendared for hearing on April 5, 2012. Having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motion. Accordingly, the court will not entertain oral argument, and will determine the motion on the record, including the briefing in support of the pending motion. See E.D. Cal. L.R. 230(g).

        Accordingly, IT IS ORDERED that:

        1. The April 5, 2012 hearing on the motion for default judgment, filed January 6, 2012, is vacated; and

        2. The motion is submitted on the record.

DATED: March 20, 2012

                                            /s/ Gregory G. Hollows
                                    UNITED STATES MAGISTRATE JUDGE

GGH:076:HICA2257.def.wpd